# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Isaiah Black, | Case No. 2:23-cv-01759-CDS-EJY |
| Plaintiff | **Order Dismissing and Closing Case** |
| v. | |
| City of Las Vegas, et al., | |
| Defendants | |

    This action was filed on October 30, 2023. On January 31, 2024, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to defendants City of Las Vegas, Las Vegas Metropolitan Police Department, Jorge Mayorga, and Shawna Stock was filed by March 1, 2024, the court would enter an order of dismissal. ECF No. 5. The deadline has now passed, and no proof of service has been filed.

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice. The Clerk of Court is kindly directed to close this case.

Dated: March 13, 2024

_____
Cristina D. Silva
United States District Judge